UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JULIUS CANNON**                                           **CIVIL ACTION**

**VERSUS**                                                  **NO. 23-235**

**OCCIDENTAL FIRE & CASUALTY**                              **SECTION: D (1)**
**COMPANY OF NORTH CAROLINA**

## ORDER DISMISSING CASE

The Court has been advised by the assigned United States Magistrate Judge, in a Minute Entry filed into the record on January 22, 2024 (R. Doc. 26), that the parties in this matter have settled all of their claims and have agreed to amicably resolve this dispute.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

New Orleans, Louisiana, January 22, 2024.

*(signature)*
**WENDY B. VITTER**
**United States District Judge**